STATE v. TAYLOR

No. 31A93-3

Case below: Cumberland County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 22 July 1999. Motion by defendant to hold petition for writ of certiorari in abeyance dismissed as moot 22 July 1999.

STATE v. THOMAS

No. 91A95-3

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 22 July 1999.

STATE v. TRUSELL

No. 324A99

Case below: 133 N.C.App. 446

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 August 1999 for limited purpose to review issue No. 1 (sentencing enhancement).

STATE v. WALKER

No. 175P99

Case below: 130 N.C.App. 487

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.

STATE v. WHITE

No. 287P99

Case below: 133 N.C.App. 349

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.